IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| JEFF W. KNOBLOCH, | ) | |
| | ) | |
| Plaintiff, | ) | No. C15-4239-MWB |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| HOME WARRANTY, INC., JANE, | ) | IN A CIVIL CASE |
| FREIDINGER, NATALIE | ) | |
| SCHNEIDERMANN, DOUGLAS D. | ) | |
| VAN'T HOF, | ) | |
| | ) | |
| Defendants. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff, Jeff W. Knobloch, take nothing and this matter is dismissed in its entirety.

Dated: November 10, 2016        ROBERT L. PHELPS
                                Clerk

                                 /s/ djs
                                (By) Deputy Clerk